**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., | Case No. 1:25-cv-01601-ADA |
| Plaintiff, | |
| v. | |
| ORACLE CORP., | |
| Defendant. | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff VirtaMove, Corp. ("VirtaMove") and Defendant Oracle Corp. ("Oracle") (collectively "the Parties") file this Joint Motion for Entry of Protective Order. Counsel for the Parties have conferred regarding the information contained in the proposed Protective Order for this case and have agreed to the provisions therein. Accordingly, the Parties hereby jointly request that the Court enter the proposed Protective Order, attached as Exhibit A.

Dated: October 7, 2025

| | |
|---|---|
| */s/ Diana Rutowski* | */s/ Reza Mirzaie* |

<table>
<tr><td>

Jared Bobrow (admitted *pro hac vice*)
CA Bar No. 133712
jbobrow@orrick.com
Bas de Blank (admitted *pro hac vice*)
CA Bar No. 191487
basdeblank@orrick.com
Diana Rutowski (admitted *pro hac vice*)
CA Bar No. 233878
drutowski@orrick.com
Parth Sagdeo (admitted *pro hac vice*)
CA Bar No. 325269
psagdeo@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA  94025
Tel: (650) 614-7400
Fax: (650) 614-7401

Shane D. Anderson (admitted *pro hac vice*)
CA Bar No. 313145
sdanderson@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Tel: 213-612-2377
Fax: 213-612-2499

Darryl J. Adams
dadams@sgbfirm.com
**Slayden Grubert Beard**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Tel:  512-402-3550

**ATTORNEYS FOR DEFENDANT
ORACLE CORP.**

</td><td>

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Jacob R. Buczko
CA State Bar No. 269408
James S. Tsuei
CA State Bar No. 285530
James A. Milkey
CA State Bar No. 281283
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Daniel Kolko
CA State Bar No. 341680
Mackenzie Paladino
NY State Bar No. 6039366
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: jbuczko@raklaw.com
Email: jtsuei@raklaw.com
Email: jmilkey@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: dkolko@raklaw.com
Email: mpaladino@raklaw.com

Qi (Peter) Tong
TX State Bar No. 24119042
8080 N. Central Expy, Suite 1503
Dallas, TX 75206
Email: ptong@raklaw.com
**ATTORNEYS FOR PLAINTIFF
VIRTAMOVE, CORP.**

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I certify that on October 7, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Reza Mirzaie*

Reza Mirzaie