IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>ORACLE CORP.,<br><br>        Defendant. | Case No. 1:25-cv-1601-ADA<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>ORACLE CORP.,<br><br>        Defendant. | Case No. 1:25-cv-1651-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT ORACLE CORPORATION'S MOTION TO CONSOLIDATE AND FOR A LIMITED STAY OF FIRST-FILED CASE**

This Court, having considered Defendant's Motion to Consolidate and For a Limited Stay of First-File Case, hereby GRANTS the Motion and ORDERS the following:

*VirtaMove, Corp. v. Oracle Corp.*, No. 1:25-cv-1601-ADA and *VirtaMove, Corp. v. Oracle Corp.*, No. 1:25-cv-1651-ADA are hereby consolidated for all purposes through trial, and all deadlines in *VirtaMove, Corp. v. Oracle Corp.*, No. 1:25-cv-1601-ADA are stayed until after the claim construction hearing is conducted in *VirtaMove, Corp. v. Oracle Corp.*, No. 1:25-cv-1651-ADA.

- 2 -

SIGNED this _____ day of _____, 2025.

                                                                  _____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE