UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>ORACLE CORP.,<br><br>   *Defendant*. | Civil Action No. 1:25-cv-01601-ADA<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>ORACLE CORP.,<br><br>   *Defendant*. | Civil Action No. 1:25-cv-01651-ADA<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO MOTION TO CONSOLIDATE

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, VirtaMove Corp. and Oracle Corp. hereby stipulate to the following extensions of time. VirtaMove's deadline to respond to Oracle's Motion to Consolidate Cases and For a Limited Stay of First-Filed Case (Dkt. 67 in case 1:25-cv-01601; Dkt. 18 in case 1:25-cv-01651) is extended from October 23, 2025 until October 30, 2025, and Oracle's deadline to file a reply in support of the Motion is extended from November 6, 2025 to November 13, 2025.

This extension meets the requirements of the Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines because (1) it is agreed to by the parties, (2) does not change the date of any hearing, trial, or other Court date, and (3) does not affect the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated:  November 3, 2025

Respectfully submitted,

*/s/ Darryl J. Adams*

Jared Bobrow (admitted *pro hac vice*)
CA Bar No. 133712
jbobrow@orrick.com
Bas de Blank (admitted *pro hac vice*)
CA Bar No. 191487
basdeblank@orrick.com
Diana Rutowski (admitted *pro hac vice*)
CA Bar No. 233878
drutowski@orrick.com
Parth Sagdeo (admitted pro hac vice)
CA Bar No. 325269)
psagdeo@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA  94025
Tel: (650) 614-7400
Fax: (650) 614-7401

Darryl J. Adams (TX Bar No. 00796101)
dadams@sgbfirm.com
**Slayden Grubert Beard**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Tel:  512-402-3550

*Attorneys for Defendant Oracle Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on November 3, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

> */s/ Darryl J. Adams*
> *Attorney for Oracle Corporation.*