**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>  Plaintiff,<br><br>v.<br><br>ORACLE CORP.,<br><br>  Defendant. | Case No. 1:25-cv-1601-ADA<br><br>**JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP.,<br><br>  Plaintiff,<br><br>v.<br><br>ORACLE CORP.,<br><br>  Defendant. | Case No. 1:25-cv-1651-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF DIANA RUTOWSKI IN SUPPORT OF
DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION
TO CONSOLIDATE AND FOR A LIMITED STAY OF FIRST-FILED CASE**

I, Diana Rutowski, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Defendant Oracle Corp. ("Oracle") in the above-captioned matters. I am admitted *pro hac vice* to this Court. I submit this declaration based on personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Oracle's Reply in Support of Its Motion to Consolidate and for a Limited Stay of First-Filed Case.

3. Attached as **Exhibit 1** is a true and correct copy of VirtaMove, Corp.'s Opposition to Google's Motion to Dismiss Complaint, *VirtaMove, Corp. v. Google LLC*, No. 7:25-cv-00347-DC-DTG, ECF No. 15 (W.D. Tex. Nov. 3, 2025).

4. Attached as **Exhibit 2** is a true and correct copy of a spreadsheet that I directed to be prepared using information from Docket Navigator, identifying jury verdicts and the associated patents before this Court between November 12, 2020, and November 12, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2025, in Redwood City, California.

Diana Rutowski (admitted *pro hac vice*)
CA Bar No. 233878
drutowski@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA  94025
Tel: (650) 614-7400
Fax: (650) 614-7401