# EXHIBIT 2

# Documents

**Types of Document - Verdict**

**Judges Assigned to Cases - Alan D Albright**

**Document Filing Date - 11/12/2020 - 11/12/2025**

|   | Type of Document | Case | Date | Patents |
|---|---|---|---|---|
| 1 | Verdict | VLSI Technology LLC v. Intel Corporation<br>6-21-cv-00057 (WDTX) | 3/2/2021 | 7,523,373<br>7,725,759 |
| 2 | Verdict | ESW Holdings, Inc. v. Roku, Inc.<br>6-19-cv-00044 (WDTX) | 4/9/2021 | 7,430,718<br>7,260,782 |
| 3 | Verdict | VLSI Technology LLC v. Intel Corporation<br>6-21-cv-00299 (WDTX) | 4/21/2021 | 6,633,187<br>6,366,522 |
| 4 | Verdict | CloudofChange, LLC v. NCR Corporation<br>6-19-cv-00513 (WDTX) | 5/20/2021 | 9,400,640<br>10,083,012 |
| 5 | Verdict | Freshub, Inc. et al v. Amazon.Com Inc. et al<br>6-21-cv-00511 (WDTX) | 6/22/2021 | 9,908,153<br>10,213,810<br>10,232,408 |
| 6 | Verdict | Profectus Technology LLC v. Google LLC f/k/a Google Inc.<br>6-20-cv-00101 (WDTX) | 10/6/2021 | 6,975,308 |
| 7 | Verdict | Jiaxing Super Lighting Electric Appliance Co., Ltd. et al v. CH Lighting Technology Co., Ltd. et al 6-20-cv-00018 (WDTX) | 11/4/2021 | 9,939,140<br>10,352,540<br>10,295,125 |
| 8 | Verdict | VideoShare, LLC v. Google LLC et al<br>6-19-cv-00663 (WDTX) | 11/16/2021 | 10,362,341 |
| 9 | Verdict | NCS Multistage Inc. v. Nine Energy Service, Inc.<br>6-20-cv-00277 (WDTX) | 1/21/2022 | 10,465,445 |
| 10 | Verdict | EcoFactor, Inc. v. Google LLC f/k/a Google Inc.<br>6-20-cv-00075 (WDTX) | 2/10/2022 | 8,738,327<br>10,534,382 |
| 11 | Verdict | Densys Ltd. v. 3Shape Trios A/S et al<br>6-19-cv-00680 (WDTX) | 4/8/2022 | 6,404,707 |
| 12 | Verdict | Appliance Computing III, Inc. v. Redfin Corporation<br>6-20-cv-00376 (WDTX) | 5/17/2022 | 9,836,885<br>10,102,673<br>10,510,111<br>10,592,973 |
| 13 | Verdict | Caddo Systems, Inc. et al v. Microchip Technology Incorporated<br>6-20-cv-00245 (WDTX) | 6/10/2022 | 7,191,411<br>7,216,301<br>7,640,217<br>7,725,836<br>8,352,880<br>10,037,127 |
| 14 | Verdict | NCS Multistage Inc. v. TCO Products Inc. et al<br>6-20-cv-00622 (WDTX) | 8/26/2022 | 10,465,445 |

|    | Type of Document | Case | Date | Patents |
|----|------|------|------|---------|
| 15 | Verdict | Voxer, Inc. et al v. Meta Platforms, Inc., et al 1-20-cv-00655 (WDTX) | 9/21/2022 | 10,142,270 10,051,557 |
| 16 | Verdict | Ravgen, Inc. v. Laboratory Corporation of America Holdings 6-20-cv-00969 (WDTX) | 9/23/2022 | 7,332,277 |
| 17 | Verdict | Repeat Precision, LLC v. DynaEnergetics Europe GmbH et al 6-21-cv-00104 (WDTX) | 4/3/2023 | 9,810,035 |
| 18 | Verdict | Textron Innovations Inc. v. SZ DJI Technology Co., Ltd. et al 6-21-cv-00740 (WDTX) | 4/21/2023 | 8,014,909 9,162,752 |
| 19 | Verdict | Hafeman v. LG Electronics, Inc. et al 6-21-cv-00696 (WDTX) | 4/28/2023 | 9,892,287 10,325,122 10,789,393 |
| 20 | Verdict | Global eTicket Exchange Ltd. v. Ticketmaster LLC et al 6-21-cv-00399 (WDTX) | 5/4/2023 | 8,849,720 |
| 21 | Verdict | Motion Offense, LLC v. Dropbox, Inc. 6-20-cv-00251 (WDTX) | 5/19/2023 | 10,013,158 10,021,052 10,587,548 11,044,215 |
| 22 | Verdict | EcoFactor, Inc. v. ecobee, Inc. 6-21-cv-00428 (WDTX) | 6/23/2023 | 8,738,327 10,584,890 |
| 23 | Verdict | Touchstream Technologies, Inc. d/b/a Shodogg v. Google, LLC f/k/a Google Inc. 6-21-cv-00569 (WDTX) | 7/21/2023 | 8,356,251 8,782,528 8,904,289 |
| 24 | Verdict | US Well Services, Inc. et al v. Halliburton Company et al 6-21-cv-00367 (WDTX) | 8/24/2023 | 7,574,325 9,435,333 RE47,695 |
| 25 | Verdict | Streamscale, Inc. v. Cloudera, Inc. et al 6-21-cv-00198 (WDTX) | 10/13/2023 | 8,683,296 9,385,759 10,291,259 |
| 26 | Verdict | IGT et al v. Zynga Inc. 1-23-cv-00885 (WDTX) | 10/20/2023 | 9,159,189 |
| 27 | Verdict | Impinj, Inc. v. NXP USA, Inc. f/k/a NXP Semiconductors USA, Inc. 6-21-cv-00530 (WDTX) | 11/9/2023 | 7,215,251 7,472,835 7,733,227 8,081,043 10,210,358 |
| 28 | Verdict | The Trustees of Purdue University v. STMicroelectronics NV et al 6-21-cv-00727 (WDTX) | 12/4/2023 | 7,498,633 |
| 29 | Verdict | Ravgen, Inc. v. Natera, Inc. et al 1-20-cv-00692 (WDTX) | 1/16/2024 | 7,332,277 |
| 30 | Verdict | Sable Networks, Inc. et al v. Cloudflare, Inc. 6-21-cv-00261 (WDTX) | 2/8/2024 | 7,012,919 |
| 31 | Verdict | Demaray LLC v. Samsung Electronics Co., Ltd. et al 6-20-cv-00636 (WDTX) | 2/16/2024 | 7,381,657 7,544,276 |

| | Type of Document | Case | Date | Patents |
|---|---|---|---|---|
| 32 | Verdict | Flypsi, Inc. d/b/a Flyp v. Google, LLC<br>6-22-cv-00031 (WDTX) | 2/26/2024 | 9,667,770<br>10,051,105<br>10,334,094<br>11,012,554<br>11,218,585 |
| 33 | Verdict | ACQIS LLC v. ASUSTeK Computer Inc.<br>6-20-cv-00966 (WDTX) | 3/22/2024 | 8,756,359<br>9,529,768 |
| 34 | Verdict | IOENGINE, LLC v. Roku Inc.<br>6-21-cv-01296 (WDTX) | 4/19/2024 | 10,447,819<br>10,972,584 |
| 35 | Verdict | SVV Technology Innovations Inc. v. Acer Inc.<br>6-22-cv-00640 (WDTX) | 6/6/2024 | 8,740,397<br>10,797,191<br>10,838,135<br>10,868,205 |
| 36 | Verdict | AlmondNet, Inc. et al v. Amazon.com, Inc. et al<br>6-21-cv-00898 (WDTX) | 6/14/2024 | 7,822,639<br>8,671,139 |
| 37 | Verdict | Lashify, Inc. v. Qingdao Lashbeauty Cosmetic Co., Ltd.<br>6-22-cv-00776 (WDTX) | 8/23/2024 | 11,219,260<br>11,234,472<br>11,253,020 |
| 38 | Verdict | Paltalk Holdings, Inc. v. WebEx Communications, Inc. et al<br>6-21-cv-00757 (WDTX) | 8/29/2024 | 6,683,858 |
| 39 | Verdict | SVV Technology Innovations Inc. v. ASUSTeK Computer Inc.<br>6-22-cv-00311 (WDTX) | 9/26/2024 | 8,290,318<br>9,880,342<br>10,439,089<br>10,627,562 |
| 40 | Verdict | Identity Security LLC v. Apple, Inc.<br>1-22-cv-00058 (WDTX) | 10/4/2024 | 7,493,497<br>8,020,008<br>8,489,895<br>9,507,948 |
| 41 | Verdict | TrackThings LLC v. Amazon.com, Inc. et al<br>6-23-cv-00133 (WDTX) | 10/11/2024 | 9,332,442<br>9,642,017<br>10,107,893 |
| 42 | Verdict | Via Transportation, Inc. v. RideCo Inc.<br>6-21-cv-00457 (WDTX) | 1/30/2025 | 9,816,824<br>9,562,785<br>10,197,411<br>10,248,913<br>10,853,743 |
| 43 | Verdict | WSOU Investments LLC d/b/a Brazos Licensing and Development v. Cisco Systems, Inc.<br>6-21-cv-00128 (WDTX) | 2/12/2025 | 8,989,216 |
| 44 | Verdict | VLSI Technology LLC v. Intel Corporation<br>1-19-cv-00977 (WDTX) | 5/29/2025 | 7,606,983 |
| 45 | Verdict | Katana Silicon Technologies LLC v. GlobalFoundries, Inc. et al<br>1-22-cv-00852 (WDTX) | 7/18/2025 | 6,291,861 |

