IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VIRTAMOVE, CORP., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO: 1:25-CV-1601 |
| ORACLE CORP., | § | CIVIL NO: 1:25-CV-1651 |
| Defendant. | § | |

**ORDER SETTING HEARING**

IT IS HEREBY ORDERED that the above entitled and numbered cases are set for **MOTION HEARING** by Zoom on **Monday, November 24, 2025, at 2:00 PM** to address Defendant's Motion to Consolidate Cases (Dkt. 67 in Cause No. 1:25-cv-1601 and Dkt. 18 in Cause No. 1:25-cv-1651). The Zoom link will be sent via email.

**SIGNED** on November 19, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE