IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> ORACLE CORP., <br><br> *Defendant*. | Civil Action No. 1:25-cv-01601-ADA <br><br> **JURY TRIAL DEMANDED** |
| VIRTAMOVE, CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> ORACLE CORP., <br><br> *Defendant*. | Civil Action No. 1:25-cv-01651-ADA <br><br> **JURY TRIAL DEMANDED** |

**ORDER STAYING CASES**

WHEREAS, Plaintiff VirtaMove, Corp. and Defendant Oracle Corp. have reached a settlement in principle and moved this Court for a stay of the above-captioned cases to allow the parties to finalize their settlement agreement,

IT IS HEREBY ORDERED that the above-captioned cases are STAYED for 30 days, and all deadlines are vacated. The parties shall file an update with the Court within 1 week of the expiration of the stay on how to proceed.

Date: _____

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE