IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **VIRTAMOVE, CORP.,** | § | |
| *Plaintiff,* | § § | |
| v. | § § | **CIVIL NO: 1:25-CV-1601** |
| **ORACLE CORP.,** | § § | **CIVIL NO: 1:25-CV-1651** |
| *Defendant.* | § § § | |

### NOTICE

On December 30, 2025, Plaintiff, VIRTAMOVE, CORP., and Defendant, ORACLE CORP., filed joint stipulations for dismissal with prejudice, signed by both parties, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 78 in -1601; Dkt. 35 in -1651).

In light of the dismissal stipulation, this court no longer has jurisdiction over these actions. "The court lost jurisdiction when the parties voluntarily dismissed the entire suit under Rule 41(a)(1)(A)(ii)." *Def. Distributed v. United States Dep't of State*, 947 F.3d 870, 872 (5th Cir. 2020). A stipulation of dismissal dismisses the action "without a court order." *Id.* at 873 (quoting FED. R. CIV. P. 41(a)(1)(A)(ii)). Accordingly, the Clerk's Office is directed to **CLOSE** both of these cases.

**SIGNED** on January 2, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE